

# JUDGMENT

# Court of Appeals

# First District of Texas

NO. 01-22-00316-CV

WINNIE STACEY ALWAZZAN, Appellant

V.

ISA ALI ALWAZZAN AND INTERNATIONAL AGENCIES CO., LTD., Appellees

Appeal from the 246th Judicial District Court of Harris County. (Tr. Ct. No. 2017-24671).

This case is an appeal from the final judgment signed by the trial court on March 12, 2022. After submitting the case on the appellate record and the arguments properly raised by the parties, the Court holds that the trial court's judgment contains no reversible error. Accordingly, the Court **affirms** the trial court's judgment.

The Court **orders** that the appellant, Winnie Stacey Alwazzan, pay all appellate costs.

The Court **orders** that this decision be certified below for observance.

Judgment rendered June 20, 2024.

Panel consists of Justices Goodman, Rivas-Molloy, and Guerra. Opinion delivered by Justice Guerra.